# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Corey Nguyen**
Chief Deputy

**Carol McMahon**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

## NOTICE OF DEFICIENCY

September 14, 2018

Nancy F. Manz
65 Greystone Road
Rockville Centre, NY 11570

RE: 18-CV-5171(JFB)(AYS)

Dear Ms. Manz:

The Clerk's Office received your **Civil Rights** complaint and a docket number has been assigned to your submission. The papers are deficient as a filing fee of $400 (consisting of a $350 civil action filing fee and $50 administrative fee), is required in order to commence a civil action. Alternatively, you may request to waive the filing fee by completing an IFP application. <u>An IFP application is enclosed.</u>

Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE.** If you do not comply, your case will not proceed and may be dismissed for failure to prosecute.

Sincerely,

Douglas C. Palmer
Clerk of Court

Enc.
Copy mailed to litigant