FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 22 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

*Nancy F. Manz*, Plaintiff(s),

-against-

*Eileen Giagrasso, Manuella Ignacio,
Patrice Kelley, Mary Goldin,
Lori Raffinelli, Richard Murphy* Defendant(s).

**REQUEST FOR CERTIFICATE OF DEFAULT**

18 -CV- 5171 (JFB)(AYS)

RECEIVED
OCT 22 2018
EDNY PRO SE OFFICE

TO: DOUGLAS C. PALMER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), *Eileen Giagrasso Et Al* pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of

_____.

Dated: 10-22-2018

By: *Nancy F Manz*
(Signature)

*Nancy F. Manz*
(Print name)

*65 Greystone Road*
(Address)

*Rockville Centre NY 11570*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

_Nancy F. Manz_,

              Plaintiff(s)

AFFIRMATION IN SUPPORT
OF
REQUEST FOR CERTIFICATE
OF DEFAULT

-against-

CV - - ( )

_Eileen Giagrasso Et Al_,

              Defendant(s).

------------------------------------------------------------X

_Nancy F Manz_ hereby declares as follows:

1. I am the plaintiff in this action.
2. This action was commenced pursuant to _42 U.S.C. 1983 / 18 USC 2510-2521_.
3. The time for defendant(s), _Eileen Giagrasso et Al_ to answer or otherwise move with respect to the complaint herein has expired.
4. Defendant(s), _Eileen Giagrasso et Al_ has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) _Eileen Giagrasso Et Al_ to answer or otherwise move has not been extended.
5. That defendant(s) _Eileen Giagrasso et Al_ is not an infant or incompetent. Defendant(s) _Eileen Giagrasso et Al_ is not presently in the military service of the United States as appears from facts in this litigation.
6. Defendant(s) _Eileen Giagrasso et Al_ is indebted to plaintiff, _____, in the following manner (state the facts in support of the claim(s)):

On ~~the Mar~~ On March 27, 2018 I became aware through conversation that Eileen Giagrasso on March 25, 2018

listened (As I believe was a Regular practice) to my conversations with colleagues and a Doctor who was giving a telephone postoperative Report to a patients family member. This Revelation alarmed me and upset me. I knew that this was illegal practice. She listened on a electronic device that was not known to anyone in the Room. On April 2nd, I Reported this evidence of a felony (NY State) to Mary Goldin (Dept Head Humm Resources) and Lori Roffinelli (Ethics Committee SNCH). At the time I told them about many other instances that this criminal behavior (see Attached)

WHEREFORE, plaintiff __Nancy F. Manz__ requests that the default of defendant(s) __Eileen Giagrasso Et Al__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 10/22/2018

By: __Nancy F Manz__
(Signature)
(Print Name of Plaintiff Pro Se)
(Address)
(Telephone Number)
(E-mail address)

Nancy F. Manz
65 Greystone Road
Rockville Centre NY 11570
Home (516) 766-6562
Cell (516) 425-8647

Email nancy.manz55@gmail.com

(1st page of attachment)
affected other employees in our department (PACU at SNCH)

Ms Goldin and Ms Raffinelli, after this 90 minute meeting whereby I gave evidence that Manuella, Ignacio, Patrice Kelly and Eileen where aware, and participated in this behavior on a Regular basis.

Ms Goldin and Ms Raffinelli assured me that this Crime would be investigated. In fact they thanked me for the report saying "You saw something and said something" "that it what we want."

However, this "Easedropping" on March 24 2018 which occured for 6 Hours from 9am until after 2:30pm, was never investigated.

Instead, I was harrassed over 2 months by Mary Goldin, Patrice Kelly and Manuella Ignacio with false statements and lies.

On June 20, 2018 my position was terminated and I was laid off without cause.
Our Department had 3 open positions, I was not offered any of them. Of the 138 people laid off, I was the only ~~patio~~ direct patient care position eliminated in the hospital.
The Hospital had told its board that no patient care RNs would be eliminated

(2nd page)

I am Accusing Eileen Giagrasso of "eavesdropping" with an electronic device without a warrent.

I am accusing Manuella Ignacio and Patrice Kelley of participating in this practice. I also Am Accusing them of haboring felonoeus behavior of Eileen Giagrasso on the date of March 24, 2018 and conspiring to cover up the crime.

I am Accusing Mary Goldin and Lori Roffinelle of Harboring the Felony of Eileen Giagrasso and Patrice Kelley and Manuella Ignacio as of April 2, 2018 (on or about)

I am Accusing Richard Murphey, CFO of South Nassau Commuenety Haspetol (SNCH) of harboring the felonous behavior of Eileen Giagrasso, Patrice Kelley, Manuella Ignacio and ~~others~~ possibly others.

No signs were ever posted, As is the law, that areas could be under Audio Survellance.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

_Nancy F. Manz_,
Plaintiff(s),

**CERTIFICATE OF DEFAULT**

-against-

CV - - ( )

_Eileen Giagrasso, Manuela Ignacio,
Patricia Kelly, Mary Golden,
Lou Raffinelli, Richard Murphy_
Defendant(s).

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant _Eileen Giagrasso et al_ has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant _Eileen Giagrasso et al_ is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: , New York
, 20___

DOUGLAS C. PALMER, Clerk of Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Plaintiff(s),

Nancy F. Manz

-against-

Eileen Giagrasso, Et Al

Defendant(s).

-------------------------------------------------------X

AFFIRMATION OF SERVICE

_____-CV-_____( )( )

I _Nancy F. Manz_, declare under penalty of perjury that I have served a copy of the attached _Request for Certificate of Default_ upon _Eileen Giagrasso, Manuela Ignacio, Patrick Kelly, Mary Goeller, Lori Raffinelli, Richard Murphy_ by mailing it to _____

whose address is: _South Nassau Community Hospital_

Dated: _10 - 22_, 20_18_
Central Islip, New York

_[signature]_
Signature

_65 Greystone Road_
Address

_Rockville Centre NY 11570_
City, State & Zip Code