UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
NANCY F. MANZ,            :
:
                        Plaintiff,      :
:  Docket No. 2:18-CV-05171
   -against-      :  (JFB) (AYS)
:
EILEEN GIAGRASSO, MANUELLA IGNASIO,   :
PATRICE KELLY, RICHARD MURPHY, AND    :
LORI RAFFINETTI,           :
:
                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DISCOVERY PLAN WORKSHEET**
(Please be advised that the Court's Individual Rules include additional forms
to be used in cases involving claims of adverse employment or FLSA violations.)
**Tier I Pre-Settlement Discovery**

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosure and HIPAA-complaint records authorizations: | April 8, 2019 |
| Completion date for Phase I Discovery As agreed upon by the parties: *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | April 25, 2019 |
| Status conference TBD by the court: *(Generally 15 days post Tier I Discovery)* | May 9, 2019 |

**Tier II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | May 23, 2019 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | June 6, 2019 |
| All fact discovery completed by: *(Presumptively 3.5 months post first Requests for documents/interrogatories)* | Sept. 20, 2019 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | Oct. 21, 2019 |

Expert depositions completed by:     Nov. 20, 2019
*(Presumptively 30 days post expert reports)*

Final date to take first step in dispositive motion practice:     Dec. 20, 2019
*(Parties are directed to consult the District Judge's Individual rules regarding such motion practice. Presumptively 30 days post expert depositions)*

**COMPLETION OF ALL DISCOVERY BY**:
*(Note: Presumptively 9 months after Initial Conference)*

Submission of joint pre-trial order:     TBD
Final Pre-Trial Conference TBD by the court:     TBD