UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY C. MANZ,<br><br>    Plaintiff,<br><br>v.<br><br>EILEEN GIAGRASSO, MANUELLA IGNASSIO, PATRICE KELLY, RICHARD MURPHY, MARY GOLDIN, and LORI RAFFINETTI,<br><br>    Defendants. | Civil Action No.<br>2:18-cv-05171 (JFB)(AYS)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK)
    S.S.
COUNTY OF NEW YORK)

  **MARINA MILMAN**, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and I reside in County of Kings, State of New York. I am employed by Putney, Twombly, Hall & Hirson LLP, 521 Fifth Avenue, 10th Floor, New York, New York 10175.

  On the 19th day of March 2019, the deponent served Case Management Statement/Discovery Plan Worksheet upon plaintiff's home address listed on the Civil Docket Sheet for this case:

Nancy F. Manz
65 Graystone Road
Rockville Centre, NY 11570

by depositing a true copy of said enclosed in a postpaid, property addressed wrapper, in an official depository under the exclusive care and custody of United States Post Office Department within the State of New York.

                  _____
                  Marina Milman

Sworn to before me this
19 day of March 2019

CARYN B. KEPPLER
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 01KE4934419
Qualified in New York County
Commission Expires May 23, 2022