| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS                                   DATE: 3/25/19
         U.S. MAGISTRATE JUDGE                 TIME: 10:30 AM
                                                                                                 FTR: 10:51-11:03

CASE: **CV 18-5171 (JFB) (AYS)** Manz v. Giagrasso, et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:     Plaintiff        <u>Nancy Manz (pro se)</u>

                            Defendant     <u>Noorin Hamid</u>

**THE FOLLOWING RULINGS WERE MADE:**
- ☐ Scheduling Order entered.
- ☐ Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
- ☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
- X Other:

**Rulings by the Court:**

> This is an action in which the pro se Plaintiff alleges that her former employers illegally eavesdropped on conversations conducted during the Plaintiff's working hours. Plaintiff provided an email address to the Court and defense counsel and agreed to be served via email at the email address provided: nancy.manz55@gmail.com
>
> - All discovery in this matter is STAYED through April 8, 2019.
>
> - During the discovery stay, Plaintiff is encouraged to confer with the free pro se legal clinic regarding her wish to amend the complaint.
>
> - By April 8, 2019, Plaintiff is directed to provide defense counsel with the proposed amended complaint for review.
>
> - By April 15, 2019, defense counsel is directed to communicate with Plaintiff whether they agree to the proposed amended complaint or not. On the same day, Defense counsel is further directed to submit a letter on ECF advising this Court whether Defendants agree to the allow the proposed amended complaint or intend to oppose it.

- Defense counsel is directed to serve a copy of this Order on Plaintiff and provide proof of service on ECF, at the email address provided by Plaintiff, by 3/27/2019.

      SO ORDERED

      /s/ Anne Y. Shields
      ANNE Y. SHIELDS
      United States Magistrate Judge