# Putney, Twombly, Hall & Hirson LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

ESTABLISHED 1866
Counselors at Law
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
telefax: (212) 682-9380
putneylaw.com

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

November 11, 2019

<u>VIA ECF</u>
Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: **Nancy Manz v. Eileen Giagrasso, Manuella Ignasio, Patrice Kelly, Richard Murphy, and Lori Raffinetti,**
     <u>Docket No.: 18-CV-05171 (JS) (AYS)</u>

Dear Magistrate Judge Shields:

 As Your Honor is aware, this firm represents the Defendants in the above-referenced matter. We respectfully request that the motion hearing regarding Plaintiff's motion to amend her Complaint, currently scheduled for November 13, 2019 at 10:30a.m. be adjourned due to a scheduling conflict. Plaintiff has consented to this request. Both parties are available on November 14, November 21, or November 27, if such time works with the Court's schedule. This is Defendants' first request for an adjournment.

 Thank you for Your Honor's consideration in this matter.

            Respectfully submitted,

            /s/ MED

            Mary Ellen Donnelly

cc: Nancy Manz
   Plaintiff, *Pro Se*