February 26, 2020

Honorable Judge Joanna Seybert
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Manz v. Giagrasso et al and South Nassau Community Hospital</u>
Docket No. 2:18-cv-05171 (JS)(AYS)

Dear Judge Seybert:

I am a *pro se* Plaintiff in the above-captioned case. I write to respectfully request an extension of time from March 6, 2020, to June 5, 2020, to file my opposition to the motion to dismiss.

This is my first request for an extension. I have conferred with opposing counsel about this request for an extension. Opposing counsel does not object to the request. I thank the Court in advance for its consideration.

Respectfully submitted,

Nancy Manz, *Pro se* Plaintiff

Cc: Mary Ellen Donnelly