March 18, 2020

Honorable Judge Joanna Seybert

U.S. District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201

RE: Manz v. Giagrasso et al and South Nassau Community Hospital

Docket No 2:18-cv-05171

Dear Honorable Judge Seybert:

I am a "pro se" Plaintiff in the above captioned case. On February 26, 2020, I requested an extension to file my opposition to the motion to dismiss with your court of 90 days or June 5, 2020. It was my first request for an extension.

In March, you granted an extension until April 6, 2020. I am grateful for that extension.

In the light of the national emergency regarding the Corona Virus, the Defendants counsel, that is the Putney Law firm, reached out to me to say that they would not oppose a further extension until June 5, 2020 considering that the court system has been impacted, as everyone is, by this grave, unforeseen situation.

In this regard, I am requesting that you consider my request for an extension until June 5, 2020.

I am grateful for your evaluation of my request.

I hope that you and yours are well during this difficult time.

Respectfully submitted,

*Nancy F. Manz*

Nancy F. Manz, PRO SE Plaintiff

RECEIVED
MAR 20 2020
EDNY PRO SE OFFICE

Nancy Marr
65 Greystone Park
Rockville Centre, NY
11570

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 20 2020 ★
LONG ISLAND OFFICE

Honorable Judge Joanna Seybert
U.S. Eastern District Court
100 Federal Plaza
Central Islip, New York 11722

MID-ISLAND NY 117
19 MAR 2020 PM 7 L
11722-443600