September 9, 2020

Honorable Judge Joanna Seybert

U.S. District Court

Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, New York 11722



Re: MANZ v. GIAGRASSO et al and SOUTH NASSAU COMMUNITY HOSPITAL

Docket No. 2:18-cv-05171

Dear Honorable Judge Seybert,

    I, Nancy F. Manz, am the pro se Plaintiff in the above-captioned case. This correspondence is in regard to respectfully requesting an extension to file my objection to the Honorable Ann Shields Report and Recommendation concerning this case.

    After conferring with the Hofstra Law School pro se advisors on September 8, 2020, they recommended that I respectfully ask you, Your Honor, for a 45 day extension to submit my objection. The reason for the 45 days is so that their service, which has very limited availability, can make time with their students to advise me and evaluate my written Opposition to the Report and Recommendations of the Honorable Magistrate Judge Ann Shields.

    After numerous attempts by telephone and email after the September 2, 2020 date when I received the aforementioned document from the Putney Law firm in the mail, Ms. Price, an associate of the firm called me this morning, September 9, 2020.

    In our conversation, I explained why I needed a 45 day extension and reminded her of how I openly agreed to the Firms extension requests in the past. Regardless of my past considerations to the Firm, Ms. Price stated that the Firm would only agree to a 14 day extension. In consideration of fall holidays, this would hinder my ability to confer with these resourceful persons from the Hofstra pro se advisors.

    I am respectfully asking Your Honor for a 45 day extension, as the Hofstra pro se advisors told me to do.

    I am grateful to you, Your Honor, for this consideration.

RECEIVED

SEP 09 2020

EDNY PRO SE OFFICE

P1

CASE NO 2:18 cv 05171 (JM3)(AYS)

Respectfully submitted,

*Nancy F. Manz*

Nancy F. Manz

*FILED*
2020 SEP -9 PM 1:51
CLERK
U.S. DISTRICT COURT

This correspondence has been mailed to Mary Donnelly at the Putney Law Firm on this day September 9, 2020 and submitted to the Honorable Magistrate Judge Ann Shields by drop box.

Case No 2:18 cv 05171 (JFB)(AYS)