**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY MANZ, | |
| Plaintiff, | |
| - against - | **Case No. 18-cv-05171 (JFB) (AYS)** |
| EILEEN GIAGRASSO, MANUELLA IGNACIO, PATRICE KELLY, MARY GOLDEN, LORI RAFFANIELLO, RICHARD MURPHY, and SOUTH NASSAU COMMUNITIES HOSPITAL, | **STIPULATION OF DISCONTINUANCE** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, Nancy

Manz, and the Defendants, Eileen Giagrasso, Manuella Ignacio, Patrice Kelly, Mary Golden, Lori

Raffaniello, Richard Murphy, and South Nassau Communities Hospital, through their respective

attorneys, (collectively, the "Parties") that this matter, having been resolved between the Parties,

is hereby discontinued with prejudice and without costs.


Dated:  December 29, 2020
      New York, New York

_____
Nancy Manz, *Plaintiff Pro Se*

Dated: January 21, 2021
      New York, New York

    /s/ MED
_____
Mary Ellen Donnelly
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
mdonnelly@putneylaw.com

*Attorneys for Defendants*